MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Attorney for Defendant,
Westrock Packaging Systems, LLC

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH COUNTS,<br><br>          Plaintiff,<br><br>          vs.<br><br>WESTROCK PACKAGING SYSTEMS, LLC;<br>DOES I – X, and<br>ROE CORPORATIONS XI-XX, inclusive<br><br><br><br>          Defendant. | Case No.  2:23-CV-01256-JAD-BNW |

### STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S RESPONSE [ECF 13] TO DEFENDANT'S EMERGENCY MOTION FOR PROTECTIVE ORDER [ECF 10]

The parties, by their respective counsel, hereby agree to this Stipulation to Extend Time to Reply to Plaintiff's Response [ECF 13] to Defendant's Emergency Motion for Protective Order. [ECF 10].

Defendant filed its Emergency Motion for Protective Order [ECF 10] and its Emergency Motion to Stay Deposition of Defendant's Rule 30(B)(6) Deposition [ECF 11] on November 29, 2023.

STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S EMERGENY MOTION FOR PROTECTIVE ORDER [ECF 10]
Page 1 of 2

4114846v1

1   By Minute Order dated November 30, 2023, the Court granted Defendant's

2   Emergency Motion to Stay the Rule 30(b)(6) Deposition of Defendant until the Court

3   could rule on the Defendant's Emergency Motion for Protective Order.  [ECF 12].

4   Plaintiff filed his Response on December 13, 2023. [ECF 13].  The Docket entry

5   accompanying the Response directed that Defendant's Reply was due on December

6   20, 2023.

7   The Court set the hearing on the Motion for Protective Order for February 1,

8   2024 at 10:00 a.m.  [ECF 14]

9   The parties have stipulated to extend the time for Defendant to Reply to Plaintiff's

10   Response until January 5, 2024.

11   **STIPULATED AND AGREED TO BY:**

12   Dated this _19th_ day of December          Dated this _19th_ day of December
13   2023.                                       2023.

14   Schuetze, McGaha, Turner & Ferris, PLLC    Bauman Loewe Witt & Maxwell, LLC

16   /s/ William W. McGaha                       /s/ Michael C. Mills

18   William W. McGaha, Esq.                     Michael C. Mills, Esq.
     601 S. Rancho, Ste. C-20                    3650 N. Rancho Dr., Ste. 114
19   Las Vegas, NV, 89106                        Las Vegas, NV 89130
     Phone 702-369-3225                          Phone: 702-240-6060
20   Fax 702-369-2110                            Fax: 702-240-4267
     Counsel for Plaintiff,                      Counsel for Defendant,
21   Kenneth Counts, II                          Westrock Packaging Systems, LLC

23   **ORDER**

24   IT IS SO ORDERED.

25   Dated: 12/20/2023

27   BRENDA WEKSLER, US. MAGISTRATE JUDGE

28   STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S
     RESPONSE TO DEFENDANT'S EMERGENY MOTION FOR PROTECTIVE ORDER [ECF 10]
     Page 2 of 2

     4114846v1