MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Attorney for Defendant,
Westrock Packaging Systems, LLC

# UNITED STATE DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH COUNTS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WESTROCK PACKAGING SYSTEMS, LLC;<br>DOES I – X, and ROE CORPORATIONS XI-XX, inclusive<br><br><br><br>　　　　Defendant. | Case No.  2:23-CV-01256-JAD-BNW |

### STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY PLAN DEADLINES (SECOND REQUEST)

Plaintiff Kenneth Counts and Defendant Westrock Packaging Systems, LLC, by and through their respective counsel, and pursuant to Local Rule 26-4, and via this Second Request stipulate to modify their discovery plan as follows:

　　1.　　Plaintiff filed his Complaint on June 29, 2023 in the Eighth Judicial District Court, Clark County, Nevada

　　2.　　Defendant answered on August 3, 2023.

　　3.　　Defendant removed the matter to this court on August 11, 2023.

STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER
Page 1 of 5

4125278v1

4.      Counsel for the parties conducted a Fed. R. Civ. P. 26(f) conference on August 23, 2023.  The parties submitted their Joint Discovery Plan and Scheduling Order to the Court on September 7, 2023.  The Court approved the parties' request for Special Scheduling Review. [ECF 8]  The discovery plan was approved by United States Magistrate Judge Brenda Weksler on September 12, 2023.

5.      The parties prepared and filed a Stipulation and Order to Modify the Discovery Plan and Scheduling Order (First Request) on February 9, 2024. The Court granted the Stipulation and Order. [ECF 20]

| | |
|---|---|
| Discovery Cut-Off: | 08/19/2024 |
| Last Day to Amend Pleadings: | 05/20/2024 |
| Expert Disclosure Deadline: | 06/19/2024 |
| Rebuttal Expert Disclosure: | 07/22/2024 |
| Dispositive Motions Deadline: | 09/17/2024 |
| Pre-Trial Order: | 10/17/2024 |

The first amended discovery plan was approved by United States Magistrate Judge Brenda Weksler on February 12, 2024.

5.      In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

**(a) Discovery Completed pursuant to Fed. R. Civ. P. 26(a):**

**Defendants:**

| | |
|---|---|
| Defendant's Initial Disclosures | 09/06/2023 |
| Defendants Noticed the Deposition of the Custodian of Records for Truckland Inc. | 09/25/2023 |
| Defendant's Requests for Production of Document | 09/26/2023 |
| Defendant's Interrogatories | 09/26/2023 |
| Defendant's First Supplement Disclosures | 10/24/2023 |
| Defendant's Second Supplement Disclosures | 11/16/2023 |
| Defendant's Third Supplement Disclosures | 11/30/2023 |

| | | |
|---|---|---|
| Defendant's Fourth Supplement Disclosures | | 12/07/2023 |
| Defendant's Fifth Supplement Disclosures | | 12/21/2023 |
| Defendant's Sixth Supplement Disclosures | | 02/02/2024 |
| Defendant's Seventh Supplement Disclosures | | 03/11/2024 |
| Defendant Answered Written Discovery | | 03/11/2024 |
| Defendants Noticed the Deposition of Plaintiff | | 05/21/2024 |

**Plaintiffs:**

| | | |
|---|---|---|
| Plaintiff's Initial Disclosures | | 08/31/2023 |
| Plaintiff's Notice of Deposition of Westrock Packaging System's Rule 30(b)(6) witness | | 09/27/2023 |
| Plaintiff's First Supplement Disclosures | | 11/07/2023 |
| Plaintiff Answered Written Discovery | | 11/29/2023 |
| Plaintiff's Interrogatories and Requests for Production of Documents to Westrock Packaging System | | 02/01/2024 |
| Plaintiff Noticed the Deposition of Desman Miranda | | 05/14/2024 |

**(b) Discovery that remains to be completed:**

- Continue to pursue copies of medical records via authorization. Defendant needs to obtain these medical records from of Plaintiff's medical providers regarding Plaintiff's current treatment as well as medical record of any relevant past or subsequent dates of loss.
- Continue to exchange written discovery between the parties.
- Conduct depositions of parties and witnesses.
- The parties need to designate experts and rebuttal experts and exchange designations of experts and their reports.
- The parties need to conduct the depositions of Plaintiff's experts and Defendant's experts.

1                   **(c) Reasons why discovery was not completed:**

2         The parties have immediately taken steps to move discovery forward.  However,
3 Plaintiff Kenneth Counts was involved in a serious accident on May 3, 2024.  He was
4 hospitalized and remained in the Truama unit for several days.  He may need additional
5 surgeries to recover.  He remains in the hospital at this time.  Upon discharge from the
6 hospital, it is anticipated that he will be moved to a rehabilitation facility where he will
7 have to undergo extensive therapy.

8         **(d)    Proposed Schedule:**

9         The parties propose a 75 day extension to all discovery deadlines.  Without this
10 extension, the experts will have incomplete evidence on which to base their opinions.
11 Those proposed extended dates will be:

| | |
|---|---|
| Discovery Cut-Off: | 11/04/2024 |
| Last Day to Amend Pleadings: | 08/05/2024 |
| Expert Disclosure Deadline: | 09/02/2024 |
| Rebuttal Expert Disclosure: | 10/07/2024 |
| Dispositive Motions Deadline: | 12/02/2024 |
| Pre-Trial Order: | 12/31/2024 |

18         (If dispositive motions are filed, the deadline for the filing of the joint pre-trial order will be
19         suspended until 30 days after decision on the dispositive motions or further court order.)

20 / / /

22 / / /

24 / / /

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to modify the Discovery Plan and Scheduling Order to extend all discovery deadlines.

Approved as to form and content:

Dated this 13th day of May, 2024.

Schuetze, McGaha, Turner & Ferris, PLLC

/s/ William W. McGaha
_____
William W. McGaha, Esq.
601 S. Rancho, Ste. C-20
Las Vegas, NV, 89106
Phone 702-369-3225
Fax 702-369-2110
Counsel for Plaintiff,
Kenneth Counts, II

Dated this 13th day of May, 2024.

Bauman Loewe Witt & Maxwell, LLC

/s/ Michael C. Mills
_____
Michael C. Mills, Esq.
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Westrock Packaging Systems, LLC

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 15, 2024

STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER
Page 5 of 5

4125278v1