**WILLIAM W. McGAHA, ESQ.**
Nevada Bar #3234
**SCHUETZE, McGAHA, TURNER & FERRIS PLLC**
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(702) 369-3225
(702) 369-2110 Fax
bmcgaha@smlvlaw.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH COUNTS,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTROCK PACKAGING SYSTEMS, LLC; DOES I – X, and ROE CORPORATIONS XI – XX, inclusive,<br><br>    Defendants. | **CASE NO**: 2:23-cv-01256-JAD-BNW |

**STIPULATION AND ORDER TO MODIFY THE DISCOVERY PLAN AND SCHEDULING ORDER TO ACCOMMODATE PRIVATE MEDIATION (FOURTH REQUEST)**

Plaintiff Kenneth Counts and Defendant Westrock Packaging Systems, LLC, by and through their respective counsel, and pursuant to Local Rule 26-4, and via this Fourth Request stipulate to modify their discovery plan. **The parties have agreed to a private mediation through ARM with Paul Haire, Esq., as the mediator to take place on March 3, 2025**.  The parties therefore are requesting this extension in order to conserve expert fees and fees for depositions of experts and to allow for preparation of briefs and for the mediation to go forward. The parties are requesting that the court grant 90-day extension of the deadlines in order to allow the mediation to go forward and the parties to prepare and mediate. Relevant case history is as follows:

1.	Plaintiff filed his Complaint on June 29,2023 in the Eighth Judicial District Court, Clark County, Nevada

2. Defendant answered on August 3, 2023.

3. Defendant removed the matter to this court on August 11, 2023.

4. Counsel for the parties conducted a Fed. R. Civ. P. 26(f) conference on August 23, 2023. The parties submitted their Joint Discovery Plan and Scheduling Order to the Court on September 7, 2023. The Court approved the parties' request for Special Scheduling Review. [ECF 8] The discovery plan was approved by United States Magistrate Judge Brenda Weksler on September 12, 2023.

5. A motion hearing held on October 28, 2024, before Magistrate Judge Brenda Weksler, the discovery deadlines were extended [ECF 32] to the following:

| | |
|---|---|
| Discovery Cut-Off: | 04/21/25 |
| Last Day to Amend Pleadings: | CLOSED |
| Expert Disclosure Deadline: | 02/24/25 |
| Rebuttal Expert Disclosure: | 03/24/25 |
| Dispositive Motions Deadline: | 05/21/25 |
| Pre-Trial Order: | 06/20/25 |

6. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

**(a) Discovery Completed pursuant to Fed. R. Civ. P. 26(a):**

**Defendant:**

| | |
|---|---|
| Defendant's Initial Disclosures | 09/06/2023 |
| Defendants Noticed the Deposition of the Custodian of Records for Truckland Inc. | 09/25/2023 |
| Defendant's Requests for Production of Document | 09/26/2023 |
| Defendant's Interrogatories | 09/26/2023 |
| Defendant's First Supplement Disclosures | 10/24/2023 |
| Defendant's Second Supplement Disclosures | 11/16/23 |

| | | |
|---|---|---|
| | Defendant's Third Supplement Disclosures | 11/30/2023 |
| | Defendant's Fourth Supplement Disclosures | 12/07/2023 |
| | Defendant's Fifth Supplement Disclosures | 12/21/2023 |
| | Defendant's Sixth Supplement Disclosures | 02/02/2024 |
| | Defendant's Seventh Supplement Disclosures | 03/11/2024 |
| | Defendant Answered Written Discovery | 03/11/2024 |
| | Defendants Scheduled the Deposition of Plaintiff | 05/21/2024 |
| | Defendant's Eighth Supplement Disclosures | 07/01/2024 |
| | Defendant Noticed the Deposition of Plaintiff | 08/06/2024 |

**Plaintiff**:

| | | |
|---|---|---|
| Plaintiff's Initial Disclosures | | 08/31/2023 |
| Plaintiff's Notice of Deposition of Westrock Packaging System's Rule 30(b)(6) witness | | 09/27/2023 |
| Plaintiff's Amended NOD of Westrock Packaging System's Rule 30(b)(6) witness | | 10/19/2023 |
| Plaintiff's 2nd Amended NOD of Westrock Packaging System's Rule 30(b)(6) witness | | 02/27/2024 |
| Plaintiff's 3rd Amended NOD of Westrock Packaging System's Rule 30(b)(6) witness | | 02/28/2024 |
| Deposition of Westrock PMK | | 03/26/2024 |
| Notice of Deposition of Desman Miranda | | 04/18/2024 |
| Deposition of Desman Miranda | | 05/14/2024 |
| Plaintiff's First Supplement Disclosures | | 11/07/2023 |
| Plaintiff Answered Written Discovery | | 11/29/2024 |
| Plaintiff's Interrogatories to Westrock Packaging System | | 02/0/2024 |
| Plaintiff's Request for Production to Westrock Packaging | | 02/01/2024 |

**(b) Discovery that remains to be completed:**

- Continue to pursue copies of medical records via authorization. Defendant needs to

obtain these medical records from Plaintiff's medical providers regarding Plaintiff's current treatment as well as medical record of any relevant past or subsequent dates of loss.

- Continue to exchange written discovery between the parties.
- Conduct depositions of witnesses.
- The parties need to designate experts and rebuttal experts and exchange designations of experts and their reports.
- The parties need to conduct the depositions of Plaintiff's experts and Defendant's experts.

**(c) Reasons why discovery was not completed:**

**The parties have agreed to a private mediation through ARM with Paul Haire, Esq., as the mediator to take place on March 3rd, 2025.** The parties therefore are requesting this extension in order to conserve expert fees and fees for depositions of experts and to allow for preparation of briefs and for the mediation to go forward. The parties are requesting that the court grant 90 day extension of the deadlines in order to allow the mediation to go forward and the parties to prepare and mediate.

**(d) Proposed Schedule:**

The parties propose a 90-day extension to all discovery deadlines so as to effectively accommodate the March 3, 2025 mediation. Those proposed extended dates will be:

| | |
|---|---|
| Discovery Cut-Off: | 07/21/2025 |
| Last Day to Amend Pleadings: | CLOSED |
| Expert Disclosure Deadline: | 05/26/2025 |
| Rebuttal Expert Disclosure: | 06/26/20254 |
| Dispositive Motions Deadline: | 08/21/2025 |
| Pre-Trial Order: | 09/22/2025 |

(If dispositive motions are filed, the deadline for the filing of the joint pre-trial order will be suspended until 30 days after decision on the dispositive motions or further court order.)

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to modify the Discovery Plan and Scheduling Order to extend all discovery deadlines.

Approved as to form and content:

| Dated this 6th day of February 2025. | Dated this 6th day of February 2025. |
|---|---|
| Schuetze, McGaha, Turner & Ferris, PLLC | Thorndal Armstrong, PC |
| By */s/William W. McGaha*<br>   William W. McGaha, Esq.<br>   601 S. Rancho, Ste. C-20<br>   Las Vegas, NV, 89106<br>   Phone 702-369-3225<br>   Fax 702-369-2110<br>   Counsel for Plaintiff<br>   *Kenneth Counts* | By */s/ Bruce Dickinson*<br>   Bruce Dickinson, Esq.<br>   600 S. Las Vegas Blvd., Ste. 400<br>   Las Vegas, NV 89101<br>   Phone: 702-366-0622<br>   Fax: 702-366-0327<br>   Counsel for Defendant,<br>   *Westrock Packaging Systems, LLC* |

## ORDER

The Court GRANTS the parties' above stipulation. However, it is not inclined to grant further continuances. IT IS SO ORDERED.

Dated this 7th day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE

**Donna Brand**

| | |
|---|---|
| **From:** | Bruce S. Dickinson <bsd@thorndal.com> |
| **Sent:** | Thursday, February 6, 2025 10:43 AM |
| **To:** | Bill McGaha |
| **Cc:** | Donna Brand; Jeremi Fajardo; Star Farrow-Plewnarz |
| **Subject:** | RE: Counts, Kenneth v. Westrock Packaging Systems 2:23-cv-01256 |

We are confirmed for March 3.  OK to submit the SAO and e-sign for me.

Thanks Bill and staff for getting this completed.

Please also add Star to the cc list so we can track and respond to your emails.

Bruce

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Tuesday, February 4, 2025 2:31 PM
**To:** Bruce S. Dickinson <bsd@thorndal.com>
**Cc:** Donna Brand <dbrand@smlvlaw.net>; Jeremi Fajardo <jfajardo@smlvlaw.net>
**Subject:** Re: Counts, Kenneth v. Westrock Packaging Systems 2:23-cv-01256
**Importance:** High

Bruce:

Attached is a draft stipulation and order to accommodate the March 3, 2025 mediation. Please let me know if you have any changes and or additions. If it is acceptable please let us know and we can affix your electronic signature.

Appreciated,
Bill

**From:** Bill McGaha <bmcgaha@smlvlaw.net>
**Sent:** Tuesday, February 4, 2025 11:49 AM
**To:** Bruce S. Dickinson <bsd@thorndal.com>
**Cc:** Donna Brand <dbrand@smlvlaw.net>; Jeremi Fajardo <jfajardo@smlvlaw.net>
**Subject:** Fw: Counts, Kenneth v. Westrock Packaging Systems 2:23-cv-01256