BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
**THORNDAL ARMSTRONG, P.C.**
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, NV 89101
Telephone: (702) 366-0622
Facsimile:  (702) 366-0327
email:  bsd@thorndal.com
email: aec@thorndal.com

Attorneys for
Westrock Packaging Systems, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH COUNTS, | CASE NO. 2:23-cv-01256-JAD-BNW |
| Plaintiff, | |
| vs. | **Stipulation and Order of Dismissal With Prejudice** |
| WESTROCK PACKAGING SYSTEMS, LLC; DOES I-X, and ROE CORPORATIONS XI-XX, inclusive, | |
| Defendants. | ECF No. 37 |

**IT IS HEREBY STIPULATED AND AGREED**; by and between the parties and their

undersigned counsel of record, that the above-entitled action may be dismissed with prejudice, each

…

…

…

1

party to bear their own attorneys' fees and costs.

Dated this 14th day of April, 2025

**SCHUETZE, McGAHA, TURNER & FERRIS PLLC.**

/s/ *William W. McGaha*
By: _____
WILLIAM W. McGAHA, ESQ.
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
Tel: (702) 369-3225 / Fax (702) 369-2110
bmcgaha@smlvlaw.net

Attorneys for Plaintiff

Dated this 3rd day of April, 2025

**THORNDAL ARMSTRONG, PC**

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
AILEEN E. COHEN, ESQ.
Nevada Bar No. 5263
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV  89101
TEL: (702) 366-0622 / FAX: (702) 366-0327
email:  bsd@thorndal.com
email:  aec@thorndal.com

*Attorney for Defendant*

## Order

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 14, 2025